# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN HILL,
          Appellant,

vs.

LAWRENCE BANIGAN,
          Respondent.

No. 72664

**FILED**

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting a motion for relief from judgment pursuant to NRCP 60(b). Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On August 28, 2017, this court entered an order directing appellant, within 15 days, to file the transcript request form or certificate of no transcript request pursuant to NRAP 9(b); the docketing statement pursuant to NRAP 14; and an opening brief that complies with NRAP 28 and 32, or an informal brief for pro se parties available from the clerk of this court. *See* NRAP 28(k). We cautioned appellant that failure to comply timely with our order could result in dismissal of this appeal. *See* NRAP 9(a)(7), NRAP 14(c), NRAP 31(d). To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Michael Villani, District Judge
       Stephen R. Hill
       Jennings & Fulton, Ltd.
       Eighth District Court Clerk